UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| versus § § | CRIMINAL H-18-497 |
| Molika Akwo Nweme § | |

### Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __1 and 2__ of the Criminal Indictment, a presentence report is ordered.

1. By *April 19, 2019,* the initial presentence report must be disclosed to counsel (about 35 days after determination of guilt).

2. By *May 03, 2019,* counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By *May 17, 2019,* the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for *May 31, 2019, at 10:20 a.m. (no sooner than 35 days from initial disclosure).*

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas, on March 05, 2019.

*[signature]*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

Copies:
United States Probation
AUSA
Defense Counsel
Defendant is in custody.